N.C. DEPT. OF TRANSPORTATION v. HODGE

No. 559PA96

Case below: 124 N.C.App. 515

Petition by respondent (Glenn Hodge, Jr.) for discretionary review pursuant to G.S. 7A-31 allowed 7 March 1997.

O'CONNOR v. O'CONNOR

No. 481P96

Case below: 124 N.C.App. 230

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 March 1997.

POWELL v. N.C. DEPT. OF TRANSPORTATION

No. 552PA96

Case below: 124 N.C.App. 542

Petition by respondent (N.C. Dept. of Transportation) for discretionary review pursuant to G.S. 7A-31 allowed 6 March 1997.

QUICK v. N.C. DIVISION OF MOTOR VEHICLES

No. 68P97

Case below: 125 N.C.App. 123

Motion by petitioner (Quick) for temporary stay denied 19 February 1997. Petition by petitioner (Quick) for discretionary review pursuant to G.S. 7A-31 denied 6 March 1997.

SCHWAB v. KILLENS

No. 436P96

Case below: 123 N.C.App. 788

Petition by petitioner (Julie Marie Schwab) for discretionary review pursuant to G.S. 7A-31 denied 6 March 1997.